IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROBERT E. PHILYAW,

      Appellant,

  v.

Case No.  5D22-1420
LT Case No. 2013-CF-0375

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 22, 2022

Appeal from the Circuit Court
for Marion County,
Robert W. Hodges, Judge.

Robert E. Philyaw, DeFuniak
Springs, Pro se.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

WALLIS, EISNAUGLE and HARRIS, JJ., concur.